UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN CARLOS ALMONTE,

                            Plaintiff,

            -against-

JUAN CARLOS ALMONTE, ET AL.,

                            Defendants.

26 CIVIL 02357 (LTS)

CIVIL JUDGMENT

For the reasons stated in the May 5, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962).

SO ORDERED.

Dated:    May 8, 2026
          New York, New York

                                                    /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                          Chief United States District Judge